```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

ANGEL D. HOUCK,                  )
                                 )
              Plaintiff,         )         4:13CV3216
                                 )
       v.                        )
                                 )
CAROLYN W. COLVIN, Acting        )          ORDER
Commissioner of Social           )
Security Administration,         )
                                 )
              Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* (Filing No. 2). The Court has reviewed the statement in support of request to proceed *in forma pauperis* and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 20th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court