IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANGEL D. HOUCK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3216 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 17). The Court notes plaintiff has no objection, and said motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until June 23, 2014, to file a response to plaintiff's brief.

DATED this 23rd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court